```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL L. HARNESS,<br><br>      Defendant. | Cr. No. S-06-085 KJM<br><br>GOVERNMENT'S MOTION TO DISMISS PETITION FOR PROBATION REVOCATION AND ORDER TO APPEAR; ORDER<br><br>DATE: December 20, 2007<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Kimberly J. Mueller |

The United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Petition for Probation Revocation and ask that the hearing set for December 20, 2007, be vacated.

///
///
///
///
///
///
///
///

On December 7, 2007, the defendant paid the outstanding balance of the Court ordered fine, restitution and assessment to the Court.

DATED: December 19, 2007          McGREGOR W. SCOTT
                                  United States Attorney

                                  By: /s/Matthew C. Stegman
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: December 19, 2007.

_____
U.S. MAGISTRATE JUDGE